1054

No. 04–9422. Morris v. Nicholson, Secretary of Veterans Affairs. C. A. Fed. Cir. Certiorari denied.

No. 04–9431. Licari v. Minnesota. Ct. App. Minn. Certiorari denied.

No. 04–9456. Awiis v. Porter, Superintendent, Washington Corrections Center. C. A. 9th Cir. Certiorari denied.

No. 04–9458. Arias v. Gonzales, Attorney General. C. A. 9th Cir. Certiorari denied.

No. 04–9460. Sierra v. Lafler, Warden. C. A. 6th Cir. Certiorari denied.

No. 04–9468. Phillips v. Barnhart, Commissioner of Social Security. C. A. 5th Cir. Certiorari denied.

No. 04–9532. Wallager v. McKee, Warden. C. A. 6th Cir. Certiorari denied.

No. 04–9572. Davis v. Johnson, Superintendent, Orleans Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 04–9606. Pungina v. McGreevey, Former Governor of New Jersey. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–9609. Lash v. Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 04–9616. Knowlin v. Benik, Warden. C. A. 7th Cir. Certiorari denied.

No. 04–9618. Torres v. Minnesota. Sup. Ct. Minn. Certiorari denied.

No. 04–9629. Diaz-Crispin v. United States. C. A. 1st Cir. Certiorari denied.

No. 04–9688. Moorer v. Meristar for Marriott et al. C. A. 9th Cir. Certiorari denied.